IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLA CHANDLER *on behalf of herself* *and all others similarly situated*, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| HEARTLAND EMPLOYMENT SERVICES, LLC et al. | : : : | NO. 12-4395 |
| Defendants. | : | |

## **ORDER**

AND NOW, this 28th day of April, 2014, upon consideration of Plaintiff's Motion for an Order Authorizing Notice to Similarly Situated Persons Pursuant to 29 U.S.C. § 216(b) (Doc. 42), Defendants' Response (Doc. 51), Plaintiff's Reply (Doc. 54), Defendants' Sur-Reply (Doc. 58), Plaintiff's Notice of Supplemental Authority (Doc. 63), and Defendants' Response (Doc. 64), and having held oral argument, it is hereby **ORDERED** that the motion (Doc. 42) is **DENIED** without prejudice to the plaintiffs' right to renew it at a later date.

BY THE COURT:

**/s/ L. Felipe Restrepo**
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE